ORIGINAL

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WATTS-HEALY TIBBITTS A JV :
:
Plaintiff, :
:
v. : No. 08-261 C
:
THE UNITED STATES, :
:
Defendant. :

**NOTICE OF FILING**

Notice to the Attorney in Charge of Litigation, Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., 8th Floor, Washington, DC 20530.

Please take notice that Plaintiff, WATTS-HEALY TIBBITS A JV intends to commence action in the United States Court of Federal Claims seeking a temporary restraining order, and preliminary and permanent injunctive relief against Defendant, The United States, involving a solicitation issued by the United States Department of the Navy, bearing RFP No. N62742-07-R-1314. The Contracting Official is Mr. Melvin S. Yoshimura, Department of the Navy, Naval Facilities Engineering Command, Pacific, Pearl Harbor, Hawaii. (808) 474-5406; (808) 474-7316 (fax). A copy of this notice has been sent by facsimile to Mr. Yoshimura.

Two copies of the Complaint, Motion for Temporary Restraining Order, Preliminary Injunction, supporting Memorandum of Points and Authorities and Proposed Order, are being served upon you within 24 hours.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
WATTS-HEALY TIBBITS A JV

Dated: 4-9-08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| Plaintiff, | : | |
| v. | : | No. |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing was served by telecopier to the following:

U.S. Department of Justice
Commercial Litigation Branch
Civil Division, 8th Floor
Attn: Classification Unit
1100 "L" Street, N.W. Rm 10112
Washington, DC 20005

Date: 4-9-08

[signature]
Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779(fax)

Attorney of Record for
WATTS-HEALY TIBBITS A JV