ORIGINAL

FILED
APR 10 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| Plaintiff, | : | |
| v. | : | No. 08-261 C |
| THE UNITED STATES, | : | |
| Defendant. | : | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Watts-Healy Tibbits A JV, by and through the undersigned counsel, respectfully moves this Court for a Temporary Restraining Order preventing the Defendant, its officers, agents and employees, and all other persons active in concert or participation with them, from proceeding with the contract awarded under solicitation No. N62742-07-R-1314 until further Order from this Court. The grounds for this Motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

[signature]

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Counsel of Record for
WATTS-HEALY TIBBITTS A JV

Date: 4-9-08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| Plaintiff, | : | |
| v. | : | No. |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE REQUIRED BY RULE 65 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

I, Michael H. Payne, the undersigned counsel of record for WATTS-HEALY TIBBITS A JV., certify that I hand-delivered or caused to be hand-delivered, two copies of the Complaint, Application for Temporary Restraining Order, Motion for Preliminary Injunction, and accompanying documents to Commercial Litigation Branch, Civil Division, U.S. Department of Justice, 1100 L Street, N.W., Room 12124, Washington, D.C. 20530, in accordance with Rule 65(f)(1) of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

Dated: 4-9-08

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com
Attorney of Record for
WATTS-HEALY TIBBITS A JV