ORIGINAL

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WATTS-HEALY TIBBITTS A JV :
:
Plaintiff, :
:
v. : No. 08-261 C
:
THE UNITED STATES, :
:
Defendant.

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff WATTS-HEALY TIBBITS A JV moves the Court for a preliminary injunction enjoining the U.S. Department of the Navy, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from proceeding with the contract recently awarded under RFP No. N62742-07-R-1314, pending a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com

Date: 4-9-08

Counsel of Record for
Watts-Healy Tibbits A JV.