ORIGINAL

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| Plaintiff, | : | |
| v. | : | No. 08-261 C |
| THE UNITED STATES, | : | |
| Defendant | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF WATTS-HEALY TIBBITS A JV**

Pursuant to RCFC 7.1, Watts-Healy Tibbits A JV hereby submits this disclosure statement. Watts, an Iowa corporation, has a parent corporation, The Weitz Company and there is no publicly traded corporation that owns 10% or more of its stock. Healy Tibbits, a New Jersey Corporation, has a parent corporation, Weeks Marine, Inc. and there is no publicly owned corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated: 4-9-08

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
Watts-Healy Tibbits A JV