ORIGINAL

FILED
APR 10 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WATTS-HEALY TIBBITTS A JV

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-261 C

**MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND DECLARATORY JUDGMENT**

Pursuant to Appendix C of the Rules of the Court of Federal Claims, Plaintiff Watts-Healy Tibbitts A JV moves the Court for leave to file under seal its Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment. In its Complaint, Plaintiff protests the award of a contract under RFP No. N62472-07-R-1314 by the United States Department of the Navy, acting as an agent of the Defendant, and challenges the Contracting Officer's decision to not apply the twenty percent preference specified in DFARS 252.236-7010 to the evaluation of the awardee's proposal. Plaintiff's Complaint and Memorandum contain confidential and proprietary information regarding Plaintiff's proposal and the Navy's evaluation of the proposal. Disclosure of this information will cause the parties substantial harm.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file its Complaint and the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment under seal.

Respectfully submitted,

/s/ [signature]

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Attorney of Record for
Watts-Healy Tibbitts A JV

Date: 4-9-08

Of Counsel:
Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2008, two copies of Plaintiff's Motion for Leave to File Plaintiff's Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment, were delivered to:

Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Michael H. Payne