# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITSS A JV, | * | |
| *Plaintiff,* | * | Case No. 08-261C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: April 11, 2008 |
| *Defendant.* | * | |

## ORDER

Pursuant to the telephone status conference held on April 11, 2008, the Court hereby **GRANTS** Plaintiff's Motion for Leave to File Under Seal Plaintiff's Complaint and Memorandum in Support. Defendant's response shall be filed and served on or before Tuesday, April 14, 2008 at 12:00 pm. and it shall also be filed under seal. Plaintiff may reply orally to Defendant's response.

The Court **SCHEDULES** oral argument for Tuesday, April 14, 2008 at 4:30 p.m. in courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE