**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WATTS-HEALY TIBBITS A JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-261C<br><br>(Senior Judge Smith) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of S. Lane Tucker, as attorney of record for the Intervenor-Defendant, IBC/TOA Corporation. Service of all papers by opposing parties should be addressed as follows:

S. Lane Tucker
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501-1970

Respectfully submitted,

s/ S. Lane Tucker by s/Emily C.C. Poulin
S. Lane Tucker
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501-1970
(907) 279-8561 (Telephone)
(907) 276-3108 (Facsimile)
LTucker@perkinscoie.com

Dated: April 15, 2008