# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITSS A JV | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 08-261C |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant,* | * | Filed: April 15, 2008 |
| and | * | |
| IBC/TOA CORPORATION, | * | |
| *Defendant-Intervenor.* | * | |

**ORDER**

The Court hereby **GRANTS** IBC/TOA Corporation's Unopposed Motion to Intervene. The Clerk is directed to amend the caption accordingly.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE