**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WATTS-HEALY TIBBITS A JV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-261C** |
| **v.** | ) | **(Senior Judge Smith)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE THE DECLARATION OF HERBERT SHINSATO**

Defendant, the United States, respectfully requests that the Court grant us leave to file the attached declaration of Herbert Shinsato in response to plaintiff's characterization of certain Department of Defense guidelines. At the hearing held April 15, 2008, and over our objection, plaintiff provided to the Court for the first time certain Unified Facilities Guide Specifications ("Guide Specs."). At the hearing, plaintiff erroneously characterized the Guide Specs. as mandatory. However, the attached declaration demonstrates that the Guide Specs. are merely advisory and are used only in assisting the drafters of solicitations. Indeed, the guideline in question applies only to military construction contracts obligating appropriation funds from 1987. As binding precedent makes abundantly clear, such "guidelines" do not rise to the level of mandatory requirements. Carolina Tobacco Co. v. United States, 402 F.3d 1345, 1349 (Fed. Cir. 2005) (Customs and Border Protection regulation providing "guidelines" imposes no mandatory duty); AT&T v. United States, 307 F.3d 1374, 1379-80 (Fed. Cir. 2002) (holding that FAR guidelines concerning the selection of contract type are merely advisory and do not create a cause of action if violated).

Given that plaintiff elected to provide the Court with the Guide Specs. after completion of briefing upon its motion for preliminary relief, depriving us of the opportunity to respond in writing as envisioned by the Court's Rules, we respectfully request that the Court accept the attached declaration of Herbert Shinsato for filing.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-5196
Fax. (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
ROBERT E. LITTLE
Department of the Navy
Washington, D.C.

April 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 17 day of April 2008, a copy of the foregoing "MOTION FOR LEAVE TO FILE THE DECLARATION OF HERBERT SHINSATO" was filed electronically. I understand that notice of this filing will be sent to all parties by electronic mail and operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen C. Tosini