**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WATTS-HEALY TIBBITTS, A JV** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-261C** |
| **v.** | ) | **(Senior Judge Smith)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF HERBERT M. SHINSATO**

I, Herbert M. Shinsato, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

**SUBJECT: Military Construction Project P-502 Kilo Wharf Extension, NAVBASE Guam**

**Issue: Request for Proposal (RFP) Guide Specifications.**

1. I am the Design Director for the Design Division of the Naval Facilities Engineering Command Pacific. My duties and responsibilities are to provide professional engineering and architectural expertise to support Naval Facilities Engineering Command programs and projects throughout the Pacific Ocean area with a staff of over 50 design professionals. These services include preparation of drawings, specifications, and construction documents for all projects assigned to this Command.

2. **Purpose**: Request for Proposals (RFP's) frequently incorporate what is known as "guide specifications" for general administrative requirements and technical requirements for the construction of projects. The purpose for guide specifications is to provide a template for editing specification requirements for projects on a case by case basis dependent upon the specific and special requirements for projects. The guide specifications describe general and specific requirements and are considered a guidance template for incorporation in design and construction documents by Government personnel and the Government's architects and engineers. To my knowledge, the incorporation of the guide specifications verbatim is not a mandatory requirement by any statute, rule, or regulation. Rather, the decisions regarding the final format of specifications are made within the discretion of the Government's (NAVFAC PAC) architects and engineers and the Government's in-house engineering staff. The use of other/alternate forms of specifications is permitted.

3. **Guide Specifications**: Guide specifications are documents that describe products and materials and the work necessary to incorporate them into a construction project. A guide specification facilitates the preparation of project specifications by standardizing products and processes and their order of presentation. They are edited to conform to project requirements so that they may be incorporated into the contract documents of a specific project. Guide specification and project specification sections describe the following:

a. General and Administrative requirements
b. Product or system to be provided
c. Salient design features or performance requirements of the product or system
d. Quality of that product or system and methods used to ensure the quality, including on-site and off-site testing.
e. Method to be used to incorporate the product or system into the project
f. Other features and functions necessary.

4. **Unified Facilities Guide Specifications (UFGS):** Unified Facilities Guide Specifications (UFGS) are a form of guide specifications utilized for Design/Build projects by the Department of Defense agencies (U.S. Army Corps of Engineers, Naval Facilities Engineering Command, and the U.S Air Force) and NASA to tailor the specifications as necessary to suit the work required by the specific project. These specifications may include additions, modifications, or deletions to reflect the latest technology, materials, methods and procedural requirements, if warranted. Guide specifications specifically state that the preparer may edit the specification for project specific requirements by adding, deleting, or revising text and choose applicable item(s) or insert appropriate information. The preparer should also remove information and requirements not required in respective project. The responsibility for preparing and editing the technical and administrative specifications is the designer of record and the contract specialist for the project.

5. **Summary:** Specifications for projects are a consolidated description of administrative and technical requirements for construction of projects. Guide specifications are simply a consolidation of template or model specifications. Unlike FAR and DFARS clauses, guide specifications are not mandatory for use by the Contracting Officer and the government's design team. Therefore, any UFGS language regarding the "American Preference Policy" was not required to be included in the project specifications for the P-502 Kilo Wharf project or other military construction procurements.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008.