IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 08-261C |
| | : | (Senior Judge Smith) |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE POST-HEARING DECLARATION OF HERBERT SHINSATO**

Plaintiff, WATTS-HEALY TIBBITTS A JV ("WHT-JV") through its undersigned counsel, opposes the late filing of the Declaration of Herbert Shinsato, purportedly offered to respond to Plaintiff's reference to the Unified Facilities Guide Specifications ("UFGS") at the hearing on April 15, 2008. Aside from the fact that the Plaintiff's reference to the Defendant's "Guide Specifications" should not have come as a surprise, since the guide specification is an agency document, the Defendant had ample opportunity to respond, <u>and did respond</u>, to Your Honor's questions at the hearing on April 15, 2008. The UFGS was referred to by the Plaintiff to show that the agency had previously interpreted the application of the American Preference Policy in a manner that was entirely consistent with the Plaintiff's understanding. In that guidance, the Defendant ("NAVFAC") stated that "to qualify as a U.S. contractor, the firm (or if a joint venture, all members of the joint venture) must be incorporated in the U.S.. . ." The UFGS referenced by the Plaintiff was dated April 2007, and was <u>revised by the Defendant NAVFAC</u> as stated on the first page of the UFGS.

The UFGS is issued pursuant to Department of Defense MIL-STD-3007F, which provides that the guide specifications shall be used in all DoD agencies and applied to all construction, repair, and maintenance projects. (MIL-STD-3007F, p. 1) (See Exhibit A). On page three of MIL-STD-3007F, the DoD states that "The UFC and UFGS systems were designed to standardize and streamline the process for developing, maintaining, and disseminating criteria in support of the Military Construction Appropriations Act of 1998." In paragraph 4.2, "Approach," on page three, DoD provides that "The engineering Senior Executive Panel (ESEP) was established in 1999 by the DoD Installations Policy Board to implement the UFC and UFGS system for DoD." Accordingly, contrary to the Defendant's assertion at the hearing, the guide specification embodying the definition of "U.S. contractor" as one that includes a joint venture where both members are U.S. contractors, does not precede the 1997 DFARS 252.236-7010, but it was adopted after the issuance of that regulation. It should also be noted that according to DoD Directive 4270.5, dated February 2, 2005, it is DoD policy that "the UFGS shall be used to the greatest extent possible by all the DoD components for planning, design, and construction (restoration and modernization) of facilities regardless of funding source. . . ." (See Exhibit B, para. 4.7.)

The Plaintiff simply referred to the UFGS to demonstrate that the Defendant, even it its 2007 guide specifications, continued to define a U.S. contractor as a "firm incorporated in the United States or, if a joint venture, one where all members are incorporated in the United States." This makes perfect sense because it follows that if the Congress would exempt one U.S. firm incorporated in the United States from the twenty percent preference, that it would also allow two U.S. firms incorporated in the United States to join together and still be exe,pt. The converse is not true, however, because if one foreign firm is subject to the twenty percent preference, that firm should not

be able to circumvent the American Preference policy by simply forming a joint venture with a U.S. firm.

Despite the Defendant's protestations to the contrary at the hearing, the Declaration of Melvin S. Yohimura, which the Defendant filed on the afternoon of the hearing in support of its opposition to the requested temporary restraining order, makes it clear that the Defendant has been defining a joint venture as an entity that must include members who are all U.S. corporations since 1997 and as recently as 2006. Mr. Yoshimura stated the following:

> NAVFAC's application of the American Preference Policy and DFARS 252.236-7010 has not been consistent in the past. One example is RFP N62742-06-R-1308, Design Build FY06 H-649/FY07 H-663, Replace Typhoon Damaged Homes at North Tipalao, Phase I and II, COMNAVMARIANAS, GUAM ("Tipalao Housing). . . . .
>
> In the Tipalao FRP, NAVFAC Pacific included the following language:
>
> To qualify as a U.S. contractor, the firm (or if a joint venture, all members of the joint venture, must be incorporated in the U.S. and comply with the following: (a) the corporate headquarters shall be in the U.S.. . . .

The defendant's assertion that the 1997 DFARS 252.236-7010 somehow overtook the guide specification, which the Defendant incorrectly asserted was adopted in 1984, is simply not true.

Respectfully submitted,

Date: April 17, 2008

/s/ Michael H. Payne
Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)

Attorney of Record for
WATTS-HEALY TIBBITTS,
A JOINT VENTURE

Of Counsel:
Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan

# EXHIBIT A

NOT MEASUREMENT SENSITIVE

MIL-STD-3007F
13 December 2006
SUPERSEDING
MIL-STD-3007E
15 February 2006

# DEPARTMENT OF DEFENSE STANDARD PRACTICE

# STANDARD PRACTICE FOR UNIFIED FACILITIES CRITERIA AND UNIFIED FACILITIES GUIDE SPECIFICATIONS

AMSC N/A AREA FACR

DISTRIBUTION STATEMENT A. APPROVED FOR PUBLIC RELEASE: DISTRIBUTION IS UNLIMITED.

FOREWORD

1. This standard is approved for use by the Department of the Army, the Department of the Air Force and the Department of the Navy and is available for use by all Departments and Agencies of the Department of Defense.

2. This standard establishes procedures for the development and maintenance of Unified Facilities Criteria (UFC) and Unified Facilities Guide Specifications (UFGS). Use these procedures for the planning, design, construction, operation and maintenance, sustainment, restoration, and modernization of facilities for the Army, Navy, Air Force, Department of Defense (DoD) defense agencies, and DoD field activities.

3. Comments, suggestions, or questions on this document should be addressed to:

Commander, Naval Facilities Engineering Command
Capital Improvements, Engineering Criteria and Programs
6506 Hampton Blvd., Norfolk, VA 23508-1278
telephone commercial (757) 322-4200
facsimile machine (757) 322-4416

or emailed to carl.kersten@navy.mil. Since contact information can change, you may want to verify the currency of this address information using the ASSIST Online database at http://assist.daps.dla.mil/.

CONTENTS


PARAGRAPH PAGE

FOREWORD ..... ii

1. SCOPE 1
1.1 Purpose ..... 1
1.2 Applicability ..... 1
1.2.1 Authority ..... 1
1.3 Existing Criteria ..... 1

2. APPLICABLE DOCUMENTS 1
2.1 General ..... 1
2.2 Government documents ..... 1
2.2.1 Other Government documents, drawings, and publications1
2.3 Appendix B ..... 2
2.4 Order of Precedence ..... 2

3. DEFINITIONS 2
3.1 Discipline Working Group (DWG) ..... 2
3.2 Technical Proponent ..... 2
3.3 Technical Representative ..... 2

4. GENERAL REQUIREMENTS 2
4.1 Background ..... 2
4.2 Approach ..... 3
4.3 Programming and Scheduling ..... 3
4.3.1 Program List ..... 3
4.3.2 Program Coordination ..... 3
4.4 Criteria Development ..... 4
4.5 Metric ..... 4
4.6 Format Standards ..... 5
4.7 Availability ..... 5

5. DETAILED REQUIREMENTS 5
5.1 MANAGEMENT PROCEDURES FOR UNIFIED FACILITIES CRITERIA (UFC) ..... 5
5.1.1 Purpose ..... 5
5.1.2 Issuance ..... 5
5.1.3 Approval ..... 5
5.1.3.1 Designation of UFC on the Same Subjects ..... 6
5.1.3.2 Designation of Other UFC ..... 6
5.1.3.3 Draft UFC Review ..... 6
5.1.3.4 Draft UFC Comment Period ..... 6
5.1.3.5 Final UFC Submittal ..... 6
5.1.3.6 Special Approval by Governing Agencies ..... 6
5.1.4 Records Maintenance ..... 7

5.1.5 UFC Validation....................................7
5.1.6 Feedback................................................7
5.1.7 Waivers and Exemptions............................7
5.1.7.1 Definitions..........................................7
5.1.7.2 Normal Process......................................7
5.1.7.3 Special Agency Authorization......................8
5.2 MANAGEMENT PROCEDURES FOR UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS)...........................8
5.2.1 UFGS System..........................................8
5.2.1.1 Designation of UFGS on the Same Subjects..............8
5.2.1.2 Designation of Other UFGS..............................8
5.2.1.3 Preparing Activity (PA) Assignments..................9
5.2.1.4 UFGS Master Databases.................................9
5.2.1.5 UFGS System Master....................................9
5.2.1.6 UFGS Master Index.....................................9
5.2.2 UFGS General Maintenance Fund.........................9
5.2.3 Document Approvals and Publication...................9
5.2.3.1 Draft UFGS Review.....................................9
5.2.3.2 Draft UFGS Comment Period............................10
5.2.3.3 Final UFGS Submittal.................................10
5.2.3.4 Approval Controls....................................10
5.2.4 Reporting...............................................10
5.2.5 Changes.................................................10
5.2.6 Automated Updating of Reference Publications.........10
5.2.7 Suggestions and Comments.............................11
5.2.7.1 Comment Resolution...................................11
5.2.7.2 Level of Effort and Funding..........................11
5.2.7.3 Response to Reviewers.................................11

6. NOTES 11
6.1 Additional Compliance Documents......................11
6.2 Subject Term (Key Word) Listing......................11

APPENDIX A................................................12

APPENDIX B................................................16

CONCLUDING MATERIAL.....................................29~~28~~

1. SCOPE

1.1 Purpose. This standard establishes procedures for the development and maintenance of Unified Facilities Criteria (UFC) and Unified Facilities Guide Specifications (UFGS) and prescribes their use by the Army, Navy, Marine Corps, Air Force, Department of Defense (DoD) defense agencies, and DoD field activities. All DoD components are adopting the concept and practice of sustainable design and development and the use of project rating and scoring systems such as Leadership in Environmental and Energy Design (LEED). These and other concepts should encourage innovation and alternatives to the traditional planning, design, construction, and maintenance process. The UFC/UFGS criteria program will implement the concepts of sustainable design and development and continuous innovation into the facilities acquisition and maintenance processes.

1.2 Applicability. UFC and UFGS provide facility planning, design, construction, operations, and maintenance criteria for DoD components and participating organizations. UFC and UFGS apply to all construction, repair, and maintenance projects.

1.2.1 Authority. This standard establishes a unified design guidance program in accordance with House Conference Report 105-247, dated 9 September 1997, and the tri-service Unified Design Guidance Report to the congressional defense committees, dated March 1998, and as directed by the Office of the Deputy Under Secretary of Defense (DUSD) letter dated May 2001 and DoD Directive (DODD) 4270.5 dated February 12, 2005. UFC and UFGS are developed jointly by the Army, Navy, Marine Corps, Air Force, and other defense agencies.

1.3 Existing Criteria. Where there is no UFC or UFGS, existing criteria is still in effect and should be used until superseded or incorporated into a UFC or UFGS.

2. APPLICABLE DOCUMENTS

2.1 General. The documents listed in this section are specified in sections 3, 4 or 5 of this standard. This section does not include documents cited in other sections of this standard or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements of documents cited in sections 3, 4 or 5 of this standard, whether or not they are listed.

2.2 Government documents.

2.2.1 Other Government documents, drawings, and publications.

DEPARTMENT OF DEFENSE

UFC 1-300-01 - Criteria Format Standard
UFC 1-300-02 - Unified Facilities Guide Specifications Format Standard

2.3 Appendix B. UFC and UFGS documents will be developed in compliance with and will implement the requirements of all documents contained in APPENDIX B.

2.4 Order of Precedence. If information in this document conflicts with references cited herein, the text of this standard takes precedence; however, this document does not supersede higher-level mandates such as public laws, executive orders, regulations, DODD, and DoD Instructions (DODI) unless a specific exemption has been obtained.

3. DEFINITIONS

3.1 Discipline Working Group (DWG). Representatives from the DoD components responsible for the unification and maintenance of criteria documents.

3.2 Technical Proponent. Representative from a participating organization responsible for coordinating the unification and maintenance of a criteria document. The technical proponent may be a DWG member.

3.3 Technical Representative. Author of a particular criteria document or the working-level representative from another participating organization for a particular document.

4. GENERAL REQUIREMENTS

4.1 Background.

a. Language on unified design guidance in House Conference Report 105-247, dated 9 September 1997, accompanying Conference Committee on House Report (H.R.) 2016, *Military Construction Appropriations Act, 1998*, directed DoD and the services to establish procedures for unification of facilities criteria. The three military departments, under the auspices of the Office of the Secretary of Defense (OSD), established a working group to address unification issues. The working group surveyed existing procedures, criteria, and guide specifications, evaluated the extent of criteria uniformity, identified areas where greater uniformity is practical, analyzed options for management of a uniform guidance system, and submitted recommendations to the congressional defense committees in response to the House direction. This document implements those recommendations.

b. The UFC and UFGS systems were designed to standardize and streamline the process for developing, maintaining, and disseminating criteria in support of the Military Construction Appropriations Act of 1998. The working group concluded that the use of discipline working groups is the most efficient method of achieving criteria uniformity. This approach maintains specialized expertise in each service and enhances the ability to provide rapid responses to technical and political issues.

4.2 Approach. The Engineering Senior Executive Panel (ESEP) was established in 1999 by the DoD Installations Policy Board to implement the UFC and UFGS system for DoD. The ESEP consists of a representative from the Office of the Deputy Under Secretary of Defense for Installations and Environment (DUSD(I&E)), and the three Service Chiefs of Engineering. ESEP responsibilities include establishing policy; acting as a resource proponent; resolving issues that may impede the unification process; and oversight of a coordinating panel (CP). The CP, chartered by the ESEP, works directly with DWGs established to facilitate unification. The DWGs are composed of technical personnel who develop unified criteria and guide specifications. The Memorandum of Understanding (MOU) on Unified Design Guidance establishing the ESEP (initially referred to as the "Tri-Service Engineering Senior Executive Board") can be reviewed at http://www.wbdg.org/pdfs/udg_mou.pdf. The charter establishing the Tri-Service Design Guidance CP can be viewed at http://www.wbdg.org/pdfs/tsdgcp_charter.pdf. The charter guiding the DWG can be viewed at www.wbdg.org/pdfs/dwg_charter.pdf.

4.3 Programming and Scheduling. Need and funding are the determining factors in establishing which existing and new UFC and UFGS will be revised or developed. Funding of UFC and UFGS work is subject to the procedures and priorities within each participating organization.

4.3.1 Program List. Every fiscal year, each DWG shall identify those UFC and UFGS that need to be developed or are in need of major revisions. UFGS requirements, including an estimated cost of each item, shall be prioritized with the UFC requirements and submitted as a composite list to the CP for use in preparing an annual unified criteria program. When two or more organizations identify and provide funding for updating or developing a UFC or UFGS, a preparing activity (PA) shall be assigned in accordance with 5.2.1.3 Preparing Activity (PA) Assignments.

4.3.2 Program Coordination. The CP is responsible for coordination and consolidation of DWG requirements and shall make final determination of which UFC and UFGS are included in the annual unified criteria program. Selection will be based on DWG recommendations, the priorities of each participating organization, and available resources.

4.4 Criteria Development.

a. Although all DoD organizations must participate, UFC and UFGS development is primarily a joint effort of the Army Corps of Engineers (USACE), the Navy Facilities Engineering Command (NAVFAC), and the Air Force Civil Engineer Support Agency (AFCESA). These organizations are referred to as participating organizations. All planning, design, construction, operations, and maintenance criteria for facilities will be unified to the extent practical. The unification process will maximize use of non-government standards in accordance with Public Law 104-113, *National Technology Transfer and Advancement Act of 1995*, Section 12(d), dated 7 March 1996, and Office of Management and Budget Circular A-119, *Federal Participation in the Development and Use of Voluntary Consensus Standards and in Conformity Assessment Activities*, dated 10 February 1998.

b. Following agreement by the ESEP that criteria should be developed or updated, the appropriate DWG will be assigned to accomplish the task. Private-sector criteria and technical standards will then be surveyed to assess their suitability for military use.

4.5 Metric. Public Law 94-168 designates the SI system of measurement as the preferred system of weights and measures for United States trade and commerce. Executive Order 12770 requires the use of the metric system in Federal acquisitions except when such use is "impracticable or is likely to cause significant inefficiencies or loss of markets to United States firms." Public Law 104-289 exempts concrete masonry units and recessed lighting fixtures from the metric policy until January 2007. Until that time they should not be specified in metric units.

Generally, design and construction of new or renovated facilities shall use the SI system of measurement, unless such use leads to inefficiencies or would be otherwise impractical. Increased initial cost or life cycle cost is certainly an indicator of inefficiencies. The design agent / project manager is responsible for making the determination on whether or not to use the SI system of measurement on a project-by-project basis. Customer preferences or limited designer experience are not adequate justifications on their own for eliminating metric use, but may be part of the decision process. Decisions to not use the SI units must be justifiable and documented in the permanent project files. Where request for proposals (RFP) or similar alternatives to the design-bid-build process are used, the RFP may be issued in dual units (inch-pound and SI) with the requirement that each proposal indicate the system of units to be used by the contractor throughout. For any type of project for any service, do not use dual units on the drawings. UFC 1-300-01, Criteria Format Standard, provides guidance on the use of SI units in criteria documents and UFC 1-300-02, Unified Facilities

Guide Specifications (UFGS) Format Standard provides guidance on the use of SI units in guide specifications.

4.6 Format Standards. Criteria will be developed and revised in accordance with UFC 1-300-01, Criteria Format Standard; Guide specifications will be developed and revised in accordance with UFC 1-300-02, Unified Facilities Guide Specifications (UFGS) Format Standard.

4.7 Availability. The ESEP has signed a Memorandum of Agreement (MOA) with the National Institute of Building Sciences (NIBS) to assist in the development and distribution of UFC and UFGS. This agreement may be viewed at http://www.wbdg.org/pdfs/wbdg_moa.pdf. All UFC and UFGS are primarily distributed at the Whole Building Design Guide (WBDG) Web site at http://dod.wbdg.org/.

5. DETAILED REQUIREMENTS

5.1 MANAGEMENT PROCEDURES FOR UNIFIED FACILITIES CRITERIA (UFC).

5.1.1 Purpose. UFC are developed by individual discipline working groups and are approved by the ESEP. UFC may contain technical guidance, introduce new and innovative technology, or provide mandatory requirements to implement laws, regulations, executive orders, and policies prescribed by higher authority documents. UFC also define performance and quality requirements for facilities to support their mission throughout their life cycle. UFC provide the most operationally effective, cost-efficient, and safe criteria at the time of publication.

5.1.2 Issuance. UFC are issued under the authority of the ESEP and are effective upon issuance. UFC will be reviewed periodically, updated, and made available as part of the departments' responsibility to provide criteria for military facilities.

5.1.3 Approval. When a UFC is created or changed, it shall be coordinated electronically among the participating organizations identified in 4.4. It is the responsibility of the PA and the DWG to produce UFC within the funds provided, meet established schedules, obtain agreement of the participants, and produce technically adequate documents. For disagreements that cannot be resolved within the DWG, the matter shall be submitted to the CP. Once criteria are developed and coordinated with appropriate industry and service organizations, the PA will forward the UFC to the CP for approval. A Unified Facilities Criteria Coordination Sheet (which can be viewed at http://www.wbdg.org/pdfs/coord.pdf) will be signed by each service's approving authority (the DWG representative) and the CP chairperson. The CP chairperson requests concurrence by each ESEP member electronically before approval. Upon approval, the

PA will forward an electronic file to the appropriate criteria manager for distribution of the UFC as indicated in 4.7 Availability. Matters of disagreement will be referred to the CP, and if necessary, to the ESEP for resolution.

5.1.3.1 Designation of UFC on the Same Subjects. Criteria on similar subjects that are not yet combined have an alpha designation after the UFC file name: "N" for Navy, "A" for Army, "F" for Air Force, and "S" for NASA (e.g., 1-300-05A). These alpha designators facilitate management of criteria within the participating organizations and provide identification within WBDG and the Internet. The alpha designator does not mean the documents are not UFC.

5.1.3.2 Designation of Other UFC. Where only one participating organization has criteria on a particular subject, or where criteria have been combined into a single document, those criteria are identified by the file name only (e.g., 1-300-01) when approved by all participating organizations in accordance with 5.1.3 Approval.

5.1.3.3 Draft UFC Review. After drafting a new or revised UFC, the PA's technical representative shall provide an electronic version of the draft UFC to the technical proponents and technical representatives of all participating organizations for review and comment. A complete list of all UFC with the associated technical proponents is available on the UFC home page.

5.1.3.4 Draft UFC Comment Period. The technical representative and technical proponent from each of the other participating organizations shall coordinate their review and provide a single set of comments by e-mail to the PA's technical representative within four weeks of receipt of the draft UFC.

5.1.3.5 Final UFC Submittal. The PA's technical representative shall incorporate all comments into the UFC. Any questions or disagreements shall be discussed directly with the technical proponent who forwarded the comment and resolved. Upon completion of the final UFC, the technical representative shall forward the document to the PA's document manager for final processing. At the same time, a courtesy copy of the UFC shall be forwarded to each of the reviewers who provided comments. No additional comments are desired at this time. When they are satisfied that their comments have been incorporated, the technical proponents of the other participating organizations shall provide their concurrence to the PA's technical proponent by e-mail or phone. The PA's technical proponent shall retain verification of this concurrence.

5.1.3.6 Special Approval by Governing Agencies. Some documents require approval by agencies having unique cognizance and authority of specific facility types, such as medical facilities, or specific subjects, such as chemical-biological

protection. If necessary, provide a fifth signature on the foreword of the document.

5.1.4 Records Maintenance. Each DOD component is responsible for maintaining records of current and superseded UFC, including revisions, for each UFC they prepare.

5.1.5 UFC Validation. Copies of UFC printed from electronic media should be checked against the current electronic version at http://dod.wbdg.org/ to ensure that the latest criteria are being used.

5.1.6 Feedback. User comments and recommended changes to UFC, with rationale for the changes, should be sent to the user's service criteria office. For non-service users, comments and recommended changes, with rationale for the changes, should be sent to the document's PA. Recommended changes with supporting rationale should be sent electronically to the respective service proponent office using the Criteria Change Request (CCR) form at http://dod.wbdg.org/.

5.1.7 Waivers and Exemptions.

5.1.7.1 Definitions. A waiver provides authority to deviate from a UFC requirement for no more than twelve months. An exemption provides authority to deviate from a UFC requirement indefinitely.

5.1.7.2 Normal Process. Unless the document is authorized additionally by an agency other than the Army, Navy, Air Force, or OSD (I&E), each service or defense agency may waive, exempt, or deviate from requirements set forth in individual UFC for projects operated by that service or agency. However, all requests should be communicated to the technical proponents from each service for collaboration and consistency. In general, the signature authority for the service or agency in publishing the document (ESEP representative) is the same authority that may waive, exempt, or deviate from the requirements in that document. This central coordination facilitates improvements in the UFC by ensuring all requests are considered in future document updates. However, each service or defense agency maintains its own internal process for reviewing and granting waivers, exceptions or deviations. This process typically involves key stakeholders germane to the requirement in question and may involve delegation of that authority. Navy activities and Navy projects will use the process contained in APPENDIX A. For the process for other services, please contact the agency.

5.1.7.3 Special Agency Authorization. If the document is authorized by an additional agency, then all waivers, exemptions, and deviations must be approved by that agency in addition to the service or defense agency that operates the project. All requests should also be communicated to the technical proponents from each service for collaboration and consistency. The signature authority for the service or agency publishing the document (ESEP representative) and the additional signature authority must agree to waive, exempt, or deviate from the requirements in that document. This central coordination facilitates improvements in the UFC by ensuring that all requests are considered in future document updates.

5.2 MANAGEMENT PROCEDURES FOR UNIFIED FACILITIES GUIDE SPECIFICATIONS (UFGS).

5.2.1 UFGS System. The UFGS system includes all official construction guide specifications currently maintained by the participating organizations. There may be more than one guide specification on the same subject until those specifications are converted into combined UFGS. These specifications have a UFGS designation preceding the section numbers in their banners (e.g., UFGS-12 34 56). New and revised UFGS shall be prepared in accordance with UFC 1-300-02, Unified Facilities Guide Specifications (UFGS) Format Standard using SpecsIntact (Specifications-Kept-Intact,) an automated system for preparing standardized facility construction specifications, which can be downloaded from http://specsintact.ksc.nasa.gov/.

5.2.1.1 Designation of UFGS on the Same Subjects. Construction Specification Institute (CSI) MasterFormat 2004 provides for section numbers in a 14 character designation format of five paired digit numbers: "NN NN NN.NN NN", where N's are numbers. CSI has named, numbered or otherwise reserved to the 4th level. The 5th level designator will be used to denote UFGS on the same subjects that are not currently unified: "10" for Army, "20" for Navy, "30" for Air Force, and "40" for NASA (e.g., 31 41 16.11 10). These 5th level designators facilitate management of specifications within the participating organizations and provide identification within WBDG, the Internet, and the SpecsIntact systems. The 5th level designator does not mean the documents are not UFGS.

5.2.1.2 Designation of Other UFGS. Where only one participating organization has a guide specification on a particular subject, or where specifications have been combined into a single document, those specifications are identified by only the 3rd or 4th level section file name (e.g., "31 41 16" or "31 41 16.11") when approved by all participating organizations in accordance with 5.2.3 Document Approvals and Publication.

5.2.1.3 Preparing Activity (PA) Assignments. Each UFGS shall be assigned a PA in accordance with agreements within the DWG and as approved by the CP. Each PA shall maintain the UFGS for which it is assigned in accordance with the policies of its organization and these management procedures. The PA shall be identified in the banner of each UFGS.

5.2.1.4 UFGS Master Databases. Each participating organization shall maintain a separate master database of the UFGS sections for which it is responsible. Database managers from each participating organization shall provide updated and new UFGS to the system database manager for periodic updates of the UFGS system.

5.2.1.5 UFGS System Master. A single UFGS system master shall be maintained by the system database manager. The UFGS system master shall be derived from the separate UFGS databases of each participating organization. The system database manager shall incorporate changes provided by the database managers of the participating organizations, perform all release processing, prepare all indexes, and perform other functions associated with maintenance of the UFGS system master.

5.2.1.6 UFGS Master Index. A UFGS master index shall be maintained on the Internet, with links to the actual documents. The database manager develops the Internet index and links it to the compressed SEC files and to the Adobe Acrobat (.PDF) files residing on the UFGS master server.

5.2.2 UFGS General Maintenance Fund. Each participating organization must budget and obligate funds for general maintenance of the UFGS for which they are responsible. These funds cover changes of a minor and unplanned nature in response to suggestions and comments. Each participating organization shall provide resources necessary to maintain UFGS.

5.2.3 Document Approvals and Publication. When a UFGS is created or changed, it shall be coordinated electronically among the participating organizations identified in 4.4. It is the responsibility of the PA and the DWG to produce UFGS within the funds provided, meet established schedules, obtain the agreement of the participants, and produce technically adequate documents. In the event of a disagreement that cannot be resolved within the DWG, the matter shall be submitted to the CP.

5.2.3.1 Draft UFGS Review. After drafting a new or revised UFGS, the PA's technical representative shall e-mail a copy of the draft UFGS to the PA's technical proponent and to the technical proponent and technical representative for the other participating organizations for review and comment. A complete list of all UFGS with the associated technical proponents is available on the UFGS home page.

5.2.3.2 Draft UFGS Comment Period. The technical representative and technical proponent from each of the other participating organizations shall coordinate their review and provide a single set of comments by e-mail to the PA's technical proponent within four weeks of receipt of the draft UFGS.

5.2.3.3 Final UFGS Submittal. The PA's technical proponent shall ensure that all comments are incorporated into the UFGS. Any questions or disagreements shall be discussed and resolved directly with the technical proponent who forwarded the comment and resolved. Upon completion of the final UFGS, the technical proponent shall forward the document to the PA's database manager for final processing. At the same time, a courtesy copy of the UFGS shall be forwarded to each of the reviewers who provided comments. No additional comments are desired at this time. When they are satisfied that their comments have been incorporated, the technical proponents of the other participating organizations shall e-mail their concurrence to the PA's technical proponent. The PA's technical proponent shall retain verification of this concurrence.

5.2.3.4 Approval Controls. Only specifications approved through this process shall be placed in the UFGS system master or in the PA databases.

5.2.4 Reporting. The UFGS system database manager shall post a report of new, changed or deleted specifications on the UFGS home page when the database is updated.

5.2.5 Changes. Changes to a UFGS shall be coordinated with all participating organizations in accordance with 5.2.3, with the following exceptions. If the changes consist only of updated references, SpecsIntact format changes, or non-technical text changes, the changes may be made without coordination of the document. All other changes shall be coordinated with counterparts in the other participating organizations. The technical proponents have the right to request adjustments to any UFGS.

5.2.6 Automated Updating of Reference Publications: A system has been established to automatically update reference publications cited in UFGS through the use of the SpecsIntact software. Under the process, all reference publications cited in the UFGS database will have uniform designators, and the latest issue of all publications referenced in UFGS will be maintained in a Unified Master Reference List (UMRL). The updated UMRL will be used by the SpecsIntact software to perform reference updating of the complete UFGS master on a periodic basis. The same process will be applied to new and revised UFGS sections as the sections are processed for entry into the UFGS master.

5.2.7 Suggestions and Comments. Submission of suggestions and comments, responses to suggestions and comments, and incorporation of changes in UFGS will be through an Internet-based process. Recommended changes with supporting rationale should be sent electronically to the respective service proponent office using the CCR form at http://dod.wbdg.org/. Comments will be forwarded by the suggestion/comment program to the technical proponent of the Preparing Activity for action.

5.2.7.1 Comment Resolution. It is the responsibility of the technical proponent to review the comment, determine if it merits research and incorporation, and estimate the effort required to incorporate the change.

5.2.7.2 Level of Effort and Funding. If the technical proponent determines that the changes to the UFGS will be extensive, a funding request shall be made in that organization's criteria budget for the following fiscal year. If funding is approved, the changes will be incorporated at that time. If the technical proponent determines that the changes are minor, the work will be accomplished using the organization's UFGS general maintenance funds.

5.2.7.3 Response to Reviewers. The technical proponent shall respond electronically to reviewers' comments with information about proposed actions as soon as possible.

6. NOTES

6.1 Additional Compliance Documents. APPENDIX B contains a listing of executive orders, public laws and other documents to which UFC and UFGS must comply.

6.2 Subject Term (Key Word) Listing.

Construction Criteria
Guide Specifications
Unified Facilities Criteria
Unified Facilities Guide Specifications

**EXHIBIT B**

# Department of Defense
# DIRECTIVE

NUMBER 4270.5
February 12, 2005

USD(AT&L)

SUBJECT: Military Construction

References: (a) DoD Directive 4270.5, "Military Construction Responsibilities," March 2, 1982 (hereby canceled)
(b) DoD Directive 4270.36, "DoD Emergency, Contingency, and Other Unprogrammed Construction Projects," May 17, 1997 (hereby canceled)
(c) Chapters 169 and 1803 of title 10, United States Code
(d) DoD Directive 1315.6, "Responsibilities for Military Troop Construction Support of the Department of the Air Force Overseas," August 26, 1978 (hereby canceled)
(e) MIL-STD-3007B, "Standard Practice for Unified Facilities Criteria and Unified Facilities Guide Specifications" April 1, 2002[1]
(f) DoD 7000.14-R, "Financial Management Regulation," Volume 2, Chapter 6, June 2000

## 1. REISSUANCE AND PURPOSE

This Directive:

1.1. Reissues and renames reference (a); consolidates the information previously contained in reference (b); establishes policies and responsibilities for the military construction program and the use of DoD construction agents in the design or construction of military construction program facilities (reference (c)); and cancels reference (d).

1.2. Delegates statutory authorities and responsibilities relating to military construction.

## 2. APPLICABILITY AND SCOPE

2.1. This Directive applies to:

[1] www.acq.osd.mil/ie/irm/irm_library/milstd3007b_042302.pdf

2.1.1. The Office of the Secretary of Defense, the Military Departments (including the Reserve components), the Chairman of the Joint Chiefs of Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities in the Department of Defense (hereafter referred to collectively as the "DoD Components").

2.1.2. Military construction projects that are authorized and funded in military construction authorization and appropriation acts to support the DoD Components.

2.1.3. DoD emergency, contingency, and other unprogrammed construction projects not specifically authorized by military construction authorization or appropriation acts, but authorized pursuant to other laws, including those cited in reference (c).

2.2. This Directive does not apply to privatized housing or to projects acquired through a real property exchange agreement.

3. <u>DEFINITIONS</u>

3.1. <u>Blanket Agreement</u>. An agreement, as approved by the Deputy Under Secretary of Defense (Installations and Environment) (DUSD(I&E)), between a DoD Component and the assigned construction agent allowing the DoD Component to design and construct a class of projects or a set of associated projects.

3.2. <u>DoD Construction Agent</u>. The U.S. Army Corps of Engineers, the Naval Facilities Engineering Command, or such other approved DoD activity assigned the design or construction execution responsibilities associated with the military construction program.

3.3. <u>Military Department</u>. In accordance with reference (c), for purposes of the Pentagon Reservation, Washington Headquarters Services shall be considered a Military Department and its Director is considered the Secretary thereof.

3.4. <u>United States</u>. The 50 States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, and the Virgin Islands.

4. <u>POLICY</u>

It is DoD policy that:

4.1. Construction projects should normally be justified and funded through the planning, programming, and budgeting process. Authorities in Sections 2803, 2804, 2805, 2808, and 2854 of reference (c) are not included in the normal planning, programming, and budgeting process.

4.2. Projects shall be considered for funding under authorities available to the Heads of the DoD Components before being considered for funding under the authority of the Secretary of Defense. Reprogramming requests to fund projects under Sections 2803, 2805, and 2854 of reference (c) shall be submitted to the Under Secretary of Defense (Comptroller). Reprogramming is not necessary for projects under Sections 2804 and 2808 of reference (c).

4.3. The United States. Within the United States, design and construction execution of military facilities, including military family housing construction, unspecified minor military construction, and those Reserve component facilities constructed by the United States, shall be accomplished as follows:

4.3.1. The Army and the Navy. The Department of the Army shall use the services of the U.S. Army Corps of Engineers and the Department of the Navy shall use the services of the Naval Facilities Engineering Command for the design and construction of military facilities for their respective Military Departments. Each may use the services of the other Department in the interest of efficiency and cost-effectiveness or when otherwise considered appropriate.

4.3.2. The Defense Agencies and the DoD Field Activities. The U.S. Army Corps of Engineers or the Naval Facilities Engineering Command shall be used in the maintenance, repair, design, construction, rehabilitation, alteration, addition, and/or expansion of a real property facility for a Defense Agency or a DoD Field Activity with the approval of the Military Department having jurisdiction of the real property facility. Another construction agent may be used when the Secretary of the Military Department having jurisdiction of the Defense Agency or the DoD Field Activity real property facility so recommends (such alternate construction agent having been nominated by the Director of the Defense Agency or the Director of the DoD Field Activity), and the DUSD(I&E) approves the alternate as the most efficient, expeditious, and cost-effective agent to accomplish the authorized construction. The Director of the Defense Agency or the Director of the DoD Field Activity shall submit the name of the alternate construction agent to the Commander of the appropriate DoD construction agent for comment, the Secretary of the Military Department having jurisdiction of the real property facility, and to the DUSD(I&E), concurrently.

4.3.3. The Air Force. The Department of the Air Force shall use the services of the U.S. Army Corps of Engineers or the Naval Facilities Engineering Command for design and construction of the annual military construction program.

4.3.3.1. The Air Force may design and construct projects in the annual military construction program in specific cases where both the Air Force and the Commander of the assigned construction agent agree that it is the most efficient, expeditious, and cost-effective means to complete the project.

4.3.3.2. If the Air Force and the assigned construction agent do not agree on a specific project, the Air Force may request permission from the DUSD(I&E) to design and construct the project over the objections of the assigned construction agent. The DUSD(I&E)

shall request the views of the Commander of the assigned construction agent before making a decision on the Air Force request.

4.3.3.3. Air Force military family housing normally shall be designed and constructed directly within the resources and supervision of the Department of the Air Force.

4.3.4. The Reserve components. The Reserve components shall normally meet the same requirements as their active component stated in subparagraphs 4.3.1. and 4.3.3. for the design and construction of facilities covered by Section 18233(a)(l) of reference (c).

4.3.4.1. The National Guard shall normally use the services of the U.S. Property and Fiscal Officer for the State in which the facility is located for the design and construction of facilities covered by Section 18233(a)(1) of reference (c).

4.3.4.2. The design and construction of National Guard projects covered by Section 18233(a)(2), (3), (4), (5), or (6) of reference (c), shall be accomplished according to the laws of the State, territory, or possession, and under the supervision of its officials, subject to the inspection and approval of the DUSD(I&E).

4.3.5. Other DoD Components. Facilities to be constructed for the other DoD Components and not addressed in subparagraphs 4.3.3. and 4.3.4. shall be designed and constructed by the host Military Department's construction agent.

4.3.5.1. Such DoD Components may use the services of other qualified agents to design and construct projects in specific cases where the DoD Component, the host Military Department, and the Head of the assigned construction agent agree that it is the most efficient, expeditious, and cost-effective means to complete the project.

4.3.5.2. If the DoD Component, the host Military Department, and the assigned construction agent do not agree on a specific project, the DoD Component may request permission from the DUSD(I&E) to use the services of other qualified agents over the objections of either the host Military Department or the assigned construction agent. The DUSD(I&E) shall request the views of the host Military Department and the Head of the assigned construction agent before making a decision on the DoD Component request.

4.3.6. Non-DoD Agencies and Nonappropriated Fund Instrumentalities (NAFIs). The appropriate DoD construction agent may, at the request and on behalf of non-DoD Agencies (including NAFIs), provide design and construction assistance for facilities requirements if the scope of the service does not adversely impact on military construction and national defense interests, and with the consent of the Military Department having jurisdiction over the real property facility.

4.4. Outside the United States. Outside the United States, design and construction execution of military facilities, including military family housing, shall be accomplished as follows:

4.4.1. Geographical areas are designated to specific construction agents in enclosure 1. Unspecified minor military construction in these areas may be executed by the requiring Military Department or, in the case of a Defense Agency or a DoD Field Activity, by the Military Department having jurisdiction over the real property facility.

4.4.2. The assigned DoD construction agent may, at the request and on behalf of non-DoD Agencies (including NAFIs), provide design and construction assistance for facilities requirements, if the scope of the services does not adversely impact on military construction and national defense interests, and provided that the assigned geographical areas of responsibility are maintained and with the consent of the Military Department having jurisdiction over the real property facility.

4.5. Blanket Agreements. Any blanket agreements among the DoD Components reassigning construction agent responsibility other than as specified in this Directive must be approved by the Heads of the DoD Components concerned, including, as applicable, the host Military Department, and by the DUSD(I&E). Such agreements must be re-approved by all parties no less often than every 5 years.

4.6. Data Elements. Existing DoD standard data elements shall be used for all data requirements to the extent possible.

4.7. The Unified Facilities Criteria (UFC) and the Unified Facilities Guide Specifications (UFGS). The UFC and the UFGS shall be used to the greatest extent possible by all the DoD Components for planning, design, and construction (restoration and modernization) of facilities, regardless of funding source, except for those facilities constructed by the National Guard on real estate neither owned by the United States nor under long-term lease to the United States, constructed by a State under reference (c), and where title to the facility shall not be in the United States. The UFC and UFGS procedures are detailed in MIL-STD-3007B (reference (e)).

5. RESPONSIBILITIES

5.1. The Under Secretary of Defense for Acquisition, Technology, and Logistics (USD(AT&L)) is hereby delegated, with authority to re-delegate, the statutory authorities vested in the Secretary of Defense by reference (c), excluding Sections 2804 and 2808 of reference (c) which are retained by the Secretary of Defense. The USD(AT&L) shall:

5.1.1. Exercise general oversight over the military construction program.

5.1.2. Notify the Office of Management and Budget when the authority of Section 2808 of reference (c) is required in future Executive Orders.

5.1.3. Coordinate requests to use authorities of Sections 2804 and 2808 of reference (c).

5.1.4. Ensure that the Deputy Under Secretary of Defense (Installations and Environment) shall:

5.1.5.1. Administer the provisions of this Directive, including issuing implementing guidance.

5.1.5.2. Approve the use of a DoD Component or another activity as a DoD construction agent to exercise the design or construction responsibilities involved in supervision of contracts for the execution of projects in the DoD military construction program, including military family housing and Reserve component construction.

5.1.5.3. Modify the designations of enclosure 1, as necessary.

5.1.5.4. Certify, pursuant to Section 2858 of reference (c), that additional costs for expediting construction of a project are necessary to protect the national interest and to establish a reasonable construction completion date for each such project.

5.1.5.5. Approve negotiations for the expenditure of funds for cost-plus-fixed-fee contracts for work to be performed within the United States, except Alaska.

5.1.5.6. Monitor the execution of the military construction program to ensure the most efficient, expeditious, and cost-effective accomplishment of the program by DoD construction agents.

5.1.5.7. Monitor the use of military units or personnel in the execution of unspecified minor military construction projects.

5.1.5.8. Grant approvals pursuant to subparagraphs 4.3.2. through 4.3.4., and paragraph 4.5.

5.2. The Heads of the DoD Components shall:

5.2.1. Manage, in accordance with law and DoD policy, their portions of the annual military construction program, including Reserve component facilities and military family housing construction.

5.2.2. Ensure that the use of military personnel in the construction of projects within the United States is included in the annual military construction program and is in accordance with DoD 7000.14-R (reference (f)).

5.3. The <u>Secretaries of the Military Departments</u> shall:

5.3.1. Forward requests for contingency construction under Section 2804 of reference (c) through the USD(AT&L) to the Secretary of Defense. Include a DD Form 1391, "Military Construction Project Data," with estimated design completion and construction award dates, completed in accordance with reference (f); a statement of why the authority provided under Section 2803 of reference (c) is not being used; a statement of need for the project from the applicable Combatant Command; and a statement that deferral for inclusion in the next military construction authorization act is inconsistent with national security or the national interest.

5.3.2. Forward requests for construction supporting war or a national emergency under Section 2808 of reference (c) through the USD(AT&L) to the Secretary of Defense and indicate why the facility is needed; include a DD Form 1391, with a description and cost estimate.

5.3.3. Notify the USD(AT&L) when the need for the authority under Section 2808 of reference (c) is anticipated.

5.4. The <u>Chairman of the Joint Chiefs of Staff</u> shall:

5.4.1. Notify the applicable committees of Congress of exercise-related unspecified minor military construction outside the United States under the authority of Section 2805 of reference (c).

5.4.2. Assign priority among competing requests from the Commanders of the Combatant Commands for joint exercise-related unspecified minor military construction projects under Section 2805 of reference (c).

5.4.3. Approve projects and provide allocated funds to the applicable Commanders of the Combatant Commands for exercise-related construction.

5.4.4. Notify the USD(AT&L) when the need for authority under Section 2808 of reference (c) is anticipated.

5.4.5. Assign priority among competing requests from the Commanders of the Combatant Commands for projects under Sections 2804 and 2808 of reference (c) and forward them to the USD(AT&L).

5.5. The Commanders of the Combatant Commands, through the Chairman of the Joint Chiefs of Staff, shall:

5.5.1. Verify the need for project requests for the use of authority under Section 2804 of reference (c), and forward them through the Chairman of the Joint Chiefs of Staff to the USD(AT&L).

5.5.2. Assign priority among competing requests for joint exercise-related unspecified minor military construction projects under Section 2805 of reference (c) and forward them to the Chairman of the Joint Chiefs of Staff.

5.5.3. Coordinate and assign priority to requests for projects under Section 2808 of reference (c) and forward them through the Chairman of the Joint Chiefs of Staff to the USD(AT&L).

6. EFFECTIVE DATE

This Directive is effective immediately.

Paul Wolfowitz
Deputy Secretary of Defense

Enclosures - 1
E1. Designated DoD Construction Agents

## E1. ENCLOSURE 1

## DESIGNATED DoD CONSTRUCTION AGENTS

Countries not specifically assigned below shall be designated by the DUSD(I&E). Certain other countries or locations may have assignments changed as requirements change.

| THE DEPARTMENT OF THE ARMY | THE DEPARTMENT OF THE NAVY |
|---|---|
| Afghanistan<br>Canada, excluding Newfoundland<br>Central America<br>Europe, excluding Spain, Portugal, Italy, Greece, and the British Isles<br>Northern Eurasia, which makes up Russia and the former Soviet republics<br>Greenland<br>Iraq<br>Japan, including the Ryukyu Islands (Okinawa)<br>Korea<br>Marshall Islands<br>Mexico<br>Middle East, including the Saudi Arabian Peninsula, Egypt, and Israel<br>South America<br>Southeast Asia, from Iran to Myanmar (Burma)<br>Sub-Saharan Africa, excluding Kenya and Somalia<br>Taiwan<br>Turkey | Atlantic Ocean area<br>Australia and New Zealand<br>Caribbean Sea area<br>Greece<br>Iceland<br>Indian Ocean area<br>Italy<br>Newfoundland<br>North Africa, including Somalia and Kenya, but excluding Egypt<br>Pacific Ocean area, including the Commonwealth of the Northern Marianas Islands, but excluding the Marshall Islands<br>Portugal, including the Azores<br>Republic of the Philippines<br>Southeast Asia, from Thailand to Vietnam<br>Spain<br><br>THE DEPARTMENT OF THE AIR FORCE<br><br>British Isles |