# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| WATTS-HEALY TIBBITSS A JV | * | |
| *Plaintiff,* | * | |
| | * | Case No. 08-261C |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: May 1, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on May 1, 2008, the Court hereby **SCHEDULES** a telephone status conference for Tuesday, May 6, 2008 at 3:30 p.m. to discuss the litigation in this matter.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE