# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WATTS-HEALY TIBBITS A JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>IBC/TOA CORPORATION,<br>Defendant-Intervenor. | No. 08-261C<br>(Senior Judge Smith) |

## DEFENDANT-INTERVENOR'S NOTICE OF REQUESTED REDACTIONS

Defendant-Intervenor IBC/TOA's counsel has reviewed the Court's sealed opinion in this matter and proposes no redactions.

Dated: May 1, 2008

Respectfully submitted,

s/ S. Lane Tucker by s/Jay L. Griffiths
S. Lane Tucker
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501-1970
(907) 279-8561

Counsel to
IBC/TOA CORPORATION

Of Counsel:

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 1, 2008, I caused a copy of the foregoing "Defendant-Intervenor's Notice Of Requested Redactions" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay L. Griffiths  
Jay L. Griffiths