# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITSS A JV | | |
| *Plaintiff,* | | Case No. 08-261C |
| v. | | Senior Judge Smith |
| THE UNITED STATES, | | Filed: May 6, 2008 |
| *Defendant,* and | | |
| IBC/TOA CORPORATION, | | |
| *Defendant-Intervenor.* | | |

## ORDER

Pursuant to the status conference held on May 6, 2008, the Court hereby **ORDERS** a response to Plaintiff's Motion for Reconsideration regarding the two issues discussed. Defendant and Defendant-Intervenor's Response shall be filed and served on or before May 20, 2008. Plaintiff's Reply shall be filed and served on or before May 27, 2008.

The Court further **SCHEDULES** oral argument on the Motion and responses for Monday, June 9, 2008 at 2:30 p.m. in Courtroom #9, U.S. Court of Federal Claims, Washington, DC.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE