IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | : | |
| Plaintiff, | : | |
| v. | : | No. 08-261C<br>(Senior Judge Smith) |
| THE UNITED STATES, | : | |
| Defendant. | : | |
| and | : | |
| IBC/TOA Corporation | : | |
| Intervenor. | : | |

**MOTION FOR LIMITED WAIVER OF DOCUMENTS FILED UNDER SEAL**

Plaintiff requests the Court to grant a limited right to Intervenor to access certain documents filed under seal in this matter. Plaintiff WATTS-HEALY TIBBITTS A JV filed its Motion For Reconsideration Of Order Of April 25, 2008, Denying Preliminary Injunction Relief, and its Second Motion for Preliminary Injunctive Relief, Based On Additional Grounds Contained in Amended Complaint, its Amended Complaint For Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, and a Memorandum of Points and Authorities in Support thereof on May 5, 2008. These documents were all filed under seal.

On May 6, 2008, following a Status Report Conference Call, counsel for Defendant Intervenor IBC/TOA Corporation requested that it be permitted to show the aforementioned sealed documents to their client in order to file an appropriate response. Plaintiff has no objection to counsel for Defendant-Intervenor sharing this

information with its client for that purpose.

Plaintiff respectfully requests the Court to grant waiver for this purpose.

Respectfully submitted,

Date: May 6, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)

Attorney of Record for
WATTS-HEALY TIBBITTS,
A JOINT VENTURE

Of Counsel:
Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan