# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| WATTS-HEALY TIBBITSS A JV | * | |
| *Plaintiff,* | * | Case No. 08-261C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: May 7, 2008 |
| *Defendant,* and | * | |
| IBC/TOA CORPORATION, | * | |
| *Defendant-Intervenor.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiff's Motion for Limited Waiver of Documents Filed Under Seal. Counsel for Defendant-Intervenor my share with its client: Plaintiff's Motion for Reconsideration, its Second Motion for Preliminary Injunctive Relief, its Amended Complaint and its Memorandum of Points and Authorities filed on May 5, 2008 for the purpose of filing a response.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE