**Certificate of Filing**

I hereby certify that on May 8, 2008, a copy of the foregoing Plaintiff's Motion for Leave to Conduct Limited Discovery and Memorandum of Law was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael H. Payne