**Exhibit M**


LAW OFFICES

**CIVILLE & TANG, PLLC**

330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868
Facsimile: (671) 477-2511
Email: pciville@guamattorneys.com

G. Patrick Civille
Joyce C.H. Tang
Traylor T. Mercer
Sirena P. Cassidy

*Of Counsel*:
Benjamin J.F. "BJ" Cruz
Chief Justice (Ret.)


January 15, 2008

Mr. Melvin S. Yoshimura
Branch Manager
A-E/Construction Contracts Branch
Contracting Officer
Department of the Navy
Pacific Division
Naval Facilities Engineering Command
258 Makalapa Drive, STE. 100
Pearl Harbor, HI 96860-3134

**RE: International Bridge Corportion/TAO Corporation Joint Venture**
**RFP No. N62742-07-R-1314**

Dear Mr. Yoshimura:

I am writing on behalf of our firm's client, International Bridge Corporation ("IBC"). IBC is a corporation organized under the laws of the State of Ohio. It was incorporated in 1976 and, up until the time it received your recent correspondence notifying IBC of a problem with its Ohio registration, IBC believed itself to have been in good standing with the State of Ohio. Following receipt of your correspondence, IBC contacted the office of the Secretary of State for Ohio and was informed that Ohio does not have a record of having received IBC's $25.00 annual franchise renewal fee last year. IBC believes that the Ohio Secretary of State is in error and that IBC is in good standing, and the company is investigating this matter.

The payment of the franchise fee has for many years been handled by IBC's tax accountant and incorporated in the accountant's fees. IBC has contacted its tax accountant who has in turn re-filed the disputed form and with the required fee. We are confident that either the original submission will be located or the re-filed submission will be accepted within the next ten days days. We will provide a statement of good standing at that time.

In the meantime, IBC continues to be licensed in the Territory of Guam and to have a Guam business license authorizing it to transact business on Guam.

Sincerely,

**G. Patrick Civille**

IBC/TOA

INTERNATIONAL
BRIDGE
CORPORATION

A Joint Venture

IBC/TOA letter dated 1/31/2008

INFORMATION ON THIS PAGE
HAS BEEN REDACTED

1. Please provide the resolution to IBC's articles of incorporation/certificate of authority that was cancelled by the Ohio Secretary of State.

Response: When the documents were filed an error was made in the amount of renewal fees paid as the amount had changed from the previous year. No notice of cancellation was received our office. This matter was brought to our attention by the letter received from the Navy December 19, 2007. When we contacted the Ohio Secretary of State we were informed that over 50,000 letters were not mailed by the previous Secretary of State. We have confirmed with the Ohio Secretary of State that they have received all necessary documents and funds to complete expedited reinstatement.

P. O. Box 21149
GMF, Guam 96921
Tel: (671) 646-1000
Fax: (671) 646-5956

*200804302812* **Attachment C**

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 02/13/2008 | 200804302812 | DOMESTIC/REINSTATEMENT (REN) | 25.00 | 100.00 | .00 | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

VORYS SATER SEYMOUR & PEASE LLP
DAVID FROLING
52 E. GAY ST.
COLUMBUS, OH 43215

# STATE OF OHIO

## CERTIFICATE

### Ohio Secretary of State, Jennifer Brunner

**479775**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**INTERNATIONAL BRIDGE CORPORATION**

and, that said business records show the filing and recording of:

Document(s): **DOMESTIC/REINSTATEMENT**

Document No(s): **200804302812**

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of February, A.D. 2008.

United States of America
State of Ohio
Office of the Secretary of State

Ohio Secretary of State