# CCR/FedReg Detail Search Results

Not to be used as certifications and representations. See ORCA for official certification.

**Current Registration Status:** Active in CCR; Registration valid until 02/04/2009.

**DUNS:** 855036828
**DUNS PLUS4:**
**CAGE/NCAGE:** 4XYK5
**Legal Business Name:** IBC/TOA CORPORATION
**Doing Business As (DBA):**
**Division Name:**
**Division Number:**
**Company URL:**

**Physical Street Address 1:** 171 MARINE CORPS DRIVE
**Physical Street Address 2:**
**Physical City:** YIGO
**Physical State:** GU
**Physical Zip/Postal Code:** 96929-0000
**Physical Country:** USA

**Mailing Name:** IBC/TOA CORPROATION JOINT VENTURE
**Mailing Street Address 1:** P. O. BOX 21149
**Mailing Street Address 2:**
**Mailing City:** BARRIGADA
**Mailing State:** GU
**Mailing Zip/Postal Code:** 96921-0000
**Mailing Country:** USA

**Business Start Date:** 11/01/2007

## CORPORATE INFORMATION

**Type of Organization**

Partnership or Limited Liability Partnership

**Business Types/Grants**

2X - For-Profit Organization
B1 - Construction Firm
VN - Contracts

## GOODS / SERVICES

**North American Industry Classification System (NAICS)**

236115 - New Single-Family Housing Construction (except Operative Builders)
236116 - New Multifamily Housing Construction (except Operative Builders)
236118 - Residential Remodelers
236210 - Industrial Building Construction
236220 - Commercial and Institutional Building Construction
237110 - Water and Sewer Line and Related Structures Construction
237120 - Oil and Gas Pipeline and Related Structures Construction

237130 - Power and Communication Line and Related Structures Construction

237310 - Highway, Street, and Bridge Construction

237990 - Other Heavy and Civil Engineering Construction

238190 - Other Foundation, Structure, and Building Exterior Contractors

**Standard Industrial Classification (SIC)**

1442 - CONSTRUCTION SAND AND GRAVEL

1522 - RESIDENTIAL CONSTRUCTION, NEC

1542 - NONRESIDENTIAL CONSTRUCTION, NEC

1611 - HIGHWAY AND STREET CONSTRUCTION

1622 - BRIDGE, TUNNEL, & ELEVATED HIGHWAY

1623 - WATER, SEWER, AND UTILTTY LINES

1629 - HEAVY CONSTRUCTION, NEC

1771 - CONCRETE WORK

1794 - EXCAVATION WORK

7353 - HEAVY CONSTRUCTION EQUIPMENT RENTAL

**Product Service Codes (PSC)**

---

**Federal Supply Classification (FSC)**

---

**SMALL BUSINESS TYPES**

SDB, 8A and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

**Business Types Expiration Date**

--- ---

**North American Industry Classification System (NAICS)**

The small business size status is derived from the receipts and/or number of employees entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 236115 | New Single-Family Housing Construction (except Operative Builders) | No | No |
| 236116 | New Multifamily Housing Construction (except Operative Builders) | No | No |
| 236118 | Residential Remodelers | No | No |
| 236210 | Industrial Building Construction | No | No |
| 236220 | Commercial and Institutional Building Construction | No | No |
| 237110 | Water and Sewer Line and Related Structures Construction | No | No |
| 237120 | Oil and Gas Pipeline and Related Structures Construction | No | No |
| 237130 | Power and Communication Line and Related Structures Construction | No | No |
| 237310 | Highway, Street, and Bridge Construction | No | No |
| 237990 | Other Heavy and Civil Engineering Construction | No | No |
| 238190 | Other Foundation, Structure, and Building Exterior Contractors | No | No |

**CCR POINTS OF CONTACT**

**Government Business Primary POC**

**Name:** DIANNE L MAYO
**Address Line 1:** P. O. BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** GUM
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032

**Government Business Alternate POC**

**Name:** ROBERT W. TOELKES
**Address Line 1:** PO BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** USA
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032

**Past Performance Primary POC**

**Name:** DIANNE L MAYO
**Address Line 1:** PO BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** USA
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032

**Past Performance Alternate POC**

**Name:** ROBERT W TOELKES
**Address Line 1:** PO BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** USA
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032

**Electronic Business Primary POC**

**Name:** DIANNE MAYO
**Address Line 1:** PO BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** USA
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032

**Electronic Business Alternate POC**

**Name:** ROBERT W TOELKES
**Address Line 1:** PO BOX 21149
**Address Line 2:**
**City:** BARRIGADA
**State:** GU
**Zip / Postal Code:** 96921
**Country:** USA
**U.S. Phone:** 671-653-4026
**Non-U.S. Phone:**
**Fax:** 671-653-4032