| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. N62742-07-R-1314 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED *(RFP)* | 3. DATE ISSUED 5 Oct 2007 | PAGE OF PAGES 1 OF 10 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. ACQR418913 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE N62742 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| NAVFAC PACIFIC<br>CONSTR CONTRACTS BRANCH (ACQ11)<br>258 MAKALAPA DR, STE 100<br>PEARL HARBOR HI 96860-3134 | **HAND DELIVER:**<br>NAVFAC PACIFIC<br>CONSTRUCTION CONTRACTS BRANCH<br>4262 RADFORD DRIVE<br>HONOLULU, HI 96818 |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME ALICE S. MENDE | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* (808) 474-7260 |
|---|---|---|

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

RFP NO. N62742-07-R-1314, NAVFAC SPECIFICATION NO. 40-08-1301, FY08 MCON P-502 KILO WHARF EXTENSION AT THE COMMANDER NAVAL REGION MARIANAS, MAIN BASE, GUAM

GENERAL DESCRIPTION: See Section 01 11 00, paragraph 1.4.1

ESTIMATED COST: Between $65,000,000 and $85,000,000

THIS PROCUREMENT IS UNRESTRICTED. North American Industry Classification System (NAICS) Code is 237990 -- Average Annual Receipts over the past three years -- $31.0 MILLION.

PERFORMANCE OF WORK BY THE CONTRACTOR (FAR 52.236-1): The Contractor shall perform on site and with its own organization at least twenty percent (20%) of the contract amount.

Subcontracting Plan is required in accordance with FAR 52.219-9, P.L. 95-507 and P.O. 100-280 for LARGE BUSINESS CONCERNS.

CENTRAL CONTRACTOR REGISTRATION (CCR): Offerors shall comply with FAR 52.204-7 and DFARS 252.204-7004 ALT A to receive an award. Lack of registration in the CCR database will make an offeror ineligible for award.

DPAS RATING: DO-C2

Award resulting from this solicitation is subject to receipt of the Record of Decision and Congressional/ Presidential approval of the FY08 National Defense Authorization Act and FY08 Military Construction & Veterans Affairs Appropriations Act. The resulting contract will be incrementally funded and allotment of funds will be in the Government fiscal years 2008 and 2009 in accordance with DFARS 252.232-7007.

11. The Contractor shall begin performance within 15 calendar days and complete it within 760 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See* Doc 00700 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES ☐ NO | 12B. CALENDAR DAYS 30 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and See Doc 00100, par.1.2 copies to perform the work required are due at the place specified in Item 8 by See Doc 00100, par.1.2 *(hour)* local time See Doc 00100, par.1.2 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. N62742-07-R-1314-0010 | 2. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 3. DATE ISSUED 26-Mar-2008 | PAGE OF PAGES 1 OF 10 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| N62742-08-C-1301 | ACQR41891 | |

| 7. ISSUED BY CODE N62742 | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE |
|---|---|
| NAVFAC PACIFIC<br>CONSTRUCTION CONTRACTS BR (CODE ACQ11)<br>258 MAKALAPA DR STE 100<br>PEARL HARBOR HI 96860-3134 | **HAND DELIVER:**<br>NAVFAC PACIFIC<br>CONSTRUCTION CONTRACTS BRANCH<br>4262 RADFORD DRIVE<br>HONOLULU, HI 96818 |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | ALICE S. MENDE | (808) 474-7260 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

RFP NO. N62742-07-R-1314, NAVFAC SPECIFICATION NO. 40-08-1301, FY08 MCON P-502 KILO WHARF EXTENSION AT THE COMMANDER NAVAL REGION MARIANAS, MAIN BASE, GUAM

GENERAL DESCRIPTION: See Section 01 11 00, paragraph 1.4.1

ESTIMATED COST: Between $65,000,000 and $85,000,000

THIS PROCUREMENT IS UNRESTRICTED. North American Industry Classification System (NAICS) Code is 237990 -- Average Annual Receipts over the past three years -- $31.0 MILLION.

PERFORMANCE OF WORK BY THE CONTRACTOR (FAR 52.236-1): The Contractor shall perform on site and with its own organization at least twenty percent (20%) of the contract amount.

Subcontracting Plan is required in accordance with FAR 52.219-9, P.L. 95-507 and P.O. 100-280 for LARGE BUSINESS CONCERNS.

CENTRAL CONTRACTOR REGISTRATION (CCR): Offerors shall comply with FAR 52.204-7 and DFARS 252.204-7004 ALT A to receive an award. Lack of registration in the CCR database will make an offeror ineligible for award.

DPAS RATING: DO-C2

Award resulting from this solicitation is subject to receipt of the Record of Decision and Congressional/ Presidential approval of the FY08 National Defense Authorization Act and FY08 Military Construction & Veterans Affairs Appropriations Act. The resulting contract will be incrementally funded and allotment of funds will be in the Government fiscal years 2008 and 2009 in accordance with DFARS 252.232-7007.

11. The Contractor shall begin performance within 15 calendar days and complete it within Doc 00700 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See Doc 00700 .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 10:00 AM *(hour)* local time 06 Mar 2008 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.