# ENCLOSURE 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WATTS-HEALY TIBBITS A JV,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>IBC/TOA CORPORATION,<br>Defendant-Intervenor. | No. 08-261C<br><br>(Senior Judge Smith) |

**DECLARATION OF ROBERT W. TOELKES**

I hereby declare, under penalty of perjury, that the following is true and correct to the best of my knowledge and belief:

1. My name is Robert W. Toelkes. I am the President of IBC, and IBC's Management Committee member for the IBC/TOA Corporation Joint Venture.

2. Pursuant to the joint venture agreement, IBC and TOA share profits and losses on the Kilo Wharf Project on a 51/49 percent basis, with 51 percent to IBC and 49 percent to TOA. The protester's allegation that this joint venture is a "sham" is not true. Those statements are libelous and constitute actionable business defamation.

3. IBC is an extremely qualified and experienced contractor on Guam, having performed over $100 million worth of work for the military during the past decade.

4. IBC became aware of the Anti-Monopoly Act cases against TOA divisions when it received the protester's filings. Since that time IBC has reviewed the information related to TOA's violations and remedial actions, and continues to believe that TOA is a

related to TOA's violations and remedial actions, and continues to believe that TOA is a responsible joint venture partner. We have also reviewed TOA's FAR certification and find that it complies with the regulation because all of the projects at issue were Japanese projects.

5. The IBC/TOA Corporation joint venture CCR registration was commenced on November 1, 2007. It was bounced back several times because the IRS had not yet updated its database with IBC/TOA's EIN. Once the IRS database was updated, the CCR's automatic EIN confirmation allowed the joint venture's CCR registration to be completed.

6. IBC is licensed to conduct business on Guam, a U.S. territory. We incorporated in Ohio when we started our business in1976. While we have continued that incorporation over the years, we do not conduct business in Ohio and therefore do not pay any taxes there. We do file a corporate franchise form and fee every year (which is now $25) to update our corporate status. In 2007 there was a mistake in the fee transmitted. IBC did not receive notice of the cancellation because the Ohio Secretary of State failed to mail out over 50,000 such notices. When the Navy brought this to our attention in December, 2008, we promptly rectified the situation.

FURTHER AFFIANT SAYETH NOT

I have read the foregoing and believe the same to be true and correct to the best of my knowledge.

5-19-08

ROBERT W. TOELKES