**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| WATTS-HEALY-TIBBITTS, A JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>IBC/TOA CORP.,<br><br>Defendant-Intervenor. | ) | No. 08-261<br>(Senior Judge Smith) |

**UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM UNDER SEAL**

Defendant, the United States, respectfully requests leave to file the administrative record for this bid protest on CD-ROM and under seal. The record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims App. E ¶ IV(8)(c), and the 50-page limitation requiring printed documents. Id. at App. E ¶ IV(9). In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. Id. at App. E ¶ IV(11). Counsel for plaintiff and intervenor do not oppose this motion.

The administrative record consists of multiple color documents and drawings. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal. Moreover, because the drawings are voluminous and bulky,

we respectfully request that the Court excuse us from including the drawings in the courtesy copy of the administrative record that we intend to file pursuant to Appendix E at ¶ IV(10).

For these reasons, defendant respectfully requests that this motion for leave to file the administrative record on CD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-5196
Fax: (202) 514-7969
Attorneys for Defendant

May 21, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 21st day of May, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Department of Justice