# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITSS A JV

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: May 27, 2008

**ORDER**

The Court hereby **GRANTS** Plaintiff's Unopposed Motion for Enlargement of Time. Plaintiff's Reply to Defendant and Defendant-Intervenor's Opposition to Plaintiff's Motion for a Second Temporary Restraining Order and Preliminary Injunction shall be filed and served on or before June 2, 2008. The Court further GRANTS Defendant's Motion to file the Administrative Record on CD-Rom under seal.

Pursuant to the status conference on May 19, 2008, the Court **STAYS** Plaintiff's Motion for leave to conduct limited discovery.

Oral argument remains scheduled for Monday, June 9, 2008 at 2:30 p.m. in Courtroom #9, U.S. Court of Federal Claims, Washington, DC.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE