# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
WATTS-HEALY TIBBITTS A JV *
*Plaintiff,* *
v. *
THE UNITED STATES, *
*Defendant,* *
and *
IBC/TOA CORPORATION, *
*Defendant-Intervenor*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: May 28, 2008

**ORDER**

The Court hereby **GRANTS** Plaintiff's Application for Access to Information Under Protective Order by Outside Counsel. Joseph A. Hackenbracht, Timothy A. Sullivan, Elise M. Carlin, and Michael H. Payne shall have access to the documents protected by the Protective Order.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE