# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITS A JV, *Plaintiff*, | | |
| v. | | Case No. 08-261C |
| THE UNITED STATES, *Defendant*, | | Senior Judge Smith |
| and | | Filed: June 4, 2008 |
| IBC/TOA CORPORATION, *Defendant-Intervenor*. | | |

## ORDER

The Court hereby **GRANTS** Defendant-Intervenor's Applications for Access to Information Under Protective Order By Outside Counsel. Lane Tucker, Emily C.C. Poulin, Richard W. Oehler and Jay L. Griffiths are granted access to the information under the protective order.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE