# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITTS A JV

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: June 10, 2008

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Monday, June 16, 2008 at 3:00 p.m. EDT.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE