# In the United States Court of Federal Claims

| | |
|---|---|
| WATTS-HEALY TIBBITTS A JV | |
| *Plaintiff,* | Case No. 08-261C |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: June 10, 2008 |
| *Defendant,* | |
| and | |
| IBC/TOA CORPORATION, | |
| *Defendant-Intervenor.* | |

**ORDER**

The Court hereby **GRANTS** Defendant-Intervenor's Unopposed Motion for Leave to Substitute Translated and Re-formatted Declaration Attachments to Defendant-Intervenor's May 20, 2008 Brief. The Court further **GRANTS** Defendant-Intervenor's Motion for Leave to File Second Declarations of Robert W. Toelkes and Atsushi Ando.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE