# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV, *Plaintiff*, v. THE UNITED STATES, *Defendant*, and IBC/TOA CORPORATION, *Defendant-Intervenor*. | | Case No. 08-261C<br>Senior Judge Smith<br>Filed: June 16, 2008 |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for June 16, 2008, to be held on Tuesday, June 17, 2008 at 4:00 p.m.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE