# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITTS A JV

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: June 19, 2008

**ORDER**

Pursuant to the status conference held on June 17, 2008, the Court hereby **SCHEDULES** a hearing with the contracting officer for Monday, June 30, 2008 at 10:00 a.m. to be held in:

U.S. District Court, District of Oregon
1000 Southwest Third Avenue
Courtroom 13B
Portland, Oregon.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE