# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV | * | |
| *Plaintiff,* | * | Case No. 08-261C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: June 20, 2008 |
| *Defendant,* and | * | |
| IBC/TOA CORPORATION, | * | |
| *Defendant-Intervenor.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the representations of counsel, the previously scheduled hearing set for Monday, June 30, 2008 in Portland, Oregon, has been **RESCHEDULED** for Tuesday, July 15, 2008 at 2:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE