# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WATTS-HEALY TIBBITTS A JV<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*,<br>and<br><br>IBC/TOA CORPORATION,<br><br>*Defendant-Intervenor*. | * | Case No. 08-261C<br><br>Senior Judge Smith<br><br>Filed: July 3, 2008 |

**ORDER**

The Court hereby **DENIES** Defendant's Motion for Reconsideration.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE