**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WATTS-HEALY TIBBITS A JV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-261C** |
| **v.** | ) | **(Senior Judge Smith)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RESPONSE TO THE COURT'S ORDER CONCERNING REDACTIONS**

Defendant, the United States, respectfully responds to the Court's order directing the parties to file proposed redactions to its opinion of July 18, 2008. We do not request the redaction of any material from that opinion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:
ROBERT E. LITTLE
Department of the Navy
Washington, D.C.

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-5196
Fax. (202) 514-7969
Attorneys for Defendant

July 22, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of April 2008, a copy of the foregoing "RESPONSE TO THE COURT'S ORDER CONCERNING REDACTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by electronic mail and operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen C. Tosini