DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND MARIANAS
PSC 455, BOX 195
FPO AP 96540-2937

ACQ-502
21 July 2008

Robert W. Toelkes, Vice President (IBC)
Atsushi Ando, Manager (TOA)
IBC/TOA Corporation
P.O. Box 21149
GMF, Guam 96921

Dear Mr. Toelkes and Mr. Ando:

SUBJECT: CONTRACT N62742-08-C-1301, PROJECT P-502, KILO WHARF EXTENSION AT COMMANDER NAVAL REGION MARIANAS, NAVY BASE, GUAM SUSPENSION OF WORK

As you are aware, a protest against the award of subject contract was filed in the U.S. Court of Federal Claims shortly after award. On Friday, 18 July 2008, the Court issued a preliminary injunction enjoining further performance by your company on this project. Therefore, you are hereby ordered to suspend work in accordance with Contract Clause I.100, FAR 52.242-14, entitled "Suspension of Work (APR 1984)". This suspension pertains to all work with the exception of continuing the complete implementation of the Storm Water Pollution Prevention Plan (SWPPP) requirements which ensures compliance with the Clean Water Act.

Upon receipt of this order, the Contractor shall immediately suspend all work under this contract that is not related to SWPPP implementation and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by this order during the period of work suspension. This suspension will remain in effect indefinitely pending further administrative action on the part of the Navy. This letter will be followed up by a formal contract modification.

Please contact Olga Muna at 339-5120 or myself at 339-6148 if you have any further questions concerning this matter.

Sincerely,

ANDREW J. WALL
Contracting Officer

ACKNOWLEDGE RECEIPT:

SIGNATURE     07-22-2008
DATE

Robert W. Toelkes, VP - IBC
Atsushi Ando, Mgr - TOA Corporation

TITLE/COMPANY