22 JULY 2008

**MEMORANDUM FOR RECORD**

From: NAVFAC Marianas, FEAD Contracting Officer
To: NAVFAC Marianas Acquisition Support Line Coordinator

Subj: CONTRACT NO. N62742-08-C-1301, PROJECT P-502, KILO WHARF EXTENSION AT COMMANDER NAVAL REGION MARIANAS, NAVY BASE, GUAM

Ref: (a) Contract specification section 01 57 19.00 20 paragraph 3.2.2 Storm Water Notice of Intent for Construction Activities Pollution Prevention Plan

Encl: (1) SUSPENSION OF WORK dtd 21 JUL 2008

**BACKGROUND**

A suspension of work was issued to IBC/TOA on 22 JUL 2008 (Encl 1). The suspension of work applies to all work on the contract with the exception of work involved with complete implementation of the Storm Water Pollution Prevention Plan (SWPPP) requirements that are in accordance with the Clean Water Act.

The contractor has cleared and graded approximately 60,000 SM of area exposing soil in the area. We have just entered the rainy season here in Guam and we have and will continue to experience storm and monsoonal weather. This exposure poses a threat of storm water run off pollution into nearby water sources. In accordance with the Guam Environmental Protection Agency permit and referenced specification section, the contractor is required to stabilize the area and control the run-off; performing weekly inspections of any silt fences put in place or other forms of erosion control. Failure to comply with the approved permit will result in potential Notices of Violation and fines to both the Navy and contractor as well as negatively impacting the environment.

Prepared by:

Olga C. Muña

Olga C. Muña
Contracting Officer

22 JUL 2008
Date

Approved:

Andrew J. Wall

**ANDREW J. WALL**
**ACQUISITION DIRECTOR**

22 JUL 2008
Date