# In the United States Court of Federal Claims

| | |
|---|---|
| WATTS-HEALY TIBBITTS A JV<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant,*<br>and<br>IBC/TOA CORPORATION,<br>*Defendant-Intervenor.* | Case No. 08-261C<br>Senior Judge Smith<br>Filed: July 23, 2008 |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, July 23, 2008 at 4:00 p.m. EDT to discuss Defendant's Motion for Partial Relief from Injunction.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE