# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITSS A JV

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: July 23, 2008

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for Partial Relief from Injunction. The Court further amends its Order of Injunction to allow IBC/TOA Corp. to continue to perform Storm Water Pollution Prevention Plan (SWPPP) requirements pursuant to the contract to extend the Kilo Wharf at the Naval facility in Guam, in order to comply with the Clean Water Act, 33 U.S.C. § 1251 *et seq*.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE