# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITTS A JV,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: July 30, 2008

**ORDER**

Pursuant to the status conference held on July 30, 2008, Plaintiff's Response to Defendant's Motion to Stay shall be filed by 2:00 p.m. on Friday, August 1, 2008. Defendant's Reply shall be filed on Monday, August 4, 2008 by close of business or Defendant may reply orally at argument. The Court **SCHEDULES** oral argument for Tuesday, August 5, 2008 at 2:30 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE