**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| WATTS-HEALY TIBBITS A JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-261C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF INTENT TO REQUEST**
**REDACTION OF TRANSCRIPT OF AUGUST 5, 2008 ORAL ARGUMENT**

Defendant, the United States, respectfully submits its notice of intent to request redaction of the transcript of the oral argument held on August 5, 2008. The argument was conducted under seal and the transcript contains information that is covered by the protective order in this case and, thus, should not be publicly available.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:
ROBERT E. LITTLE
Department of the Navy
Washington, D.C.

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-5196
Fax. (202) 514-7969
Attorneys for Defendant

August 18, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of August 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF AUGUST 5, 2008 ORAL ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by electronic mail and operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen C. Tosini