# In the United States Court of Federal Claims

| | |
|---|---|
| WATTS-HEALY TIBBITTS A JV, *Plaintiff,* | Case No. 08-261C |
| v. | Senior Judge Smith |
| THE UNITED STATES, *Defendant,* and | Filed: August 28, 2008 |
| IBC/TOA CORPORATION, *Defendant-Intervenor.* | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, September 3, 2008, at 11:30 a.m.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE