**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WATTS-HEALY TIBBITS A JV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-261C** |
| **v.** | ) | **(Senior Judge Smith)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant's motion for leave to file the administrative record under seal, and the telephonic status conference held on May 19, 2008, defendant respectfully provides this notice that it is filing the administrative record of the proceedings regarding the Navy's compliance with the Court's order of August 5, 2008, on CD-ROM and providing one CD-ROM copy to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-5196
Fax. (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
ROBERT E. LITTLE
Department of the Navy
Washington, D.C.

August 28, 2008

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 28th day of August 2008, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by electronic mail and operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Additionally, I hereby declare that on the 28th day of August 2008, I caused to be served copies of the administrative record by overnight delivery addressed as follows:

Michael H. Payne
Payne Hackenbracht & Sullivan
220 Commerce Drive, Suite 100
Fort Washington, PA 19034

S. Lane Tucker
Perkins Coie, LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501-1970

/s/ Stephen C. Tosini