# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

WATTS-HEALY TIBBITTS A JV

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

IBC/TOA CORPORATION,

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 08-261C

Senior Judge Smith

Filed: September 4, 2008

**ORDER**

Pursuant to the status conference held on September 3, 2008, the Court hereby directs the Plaintiff to file a response to Defendant's new responsibility filing by 12:00 p.m., Friday, September 5, 2008. Defendant's reply shall be filed by September 8, 2008. The Court further **SCHEDULES** oral argument for Tuesday, September 9, 2008 at 2:00 p.m. in the National Courts Building, Washington, DC. The courtroom will be determined that morning.

Defendant shall also provide to Plaintiff a redacted copy of the new responsibility decision by 12:00 p.m., Thursday, September 4, 2008. The Court further **DENIES** Plaintiff's request to have Mr. Griffin available for examination.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE