# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| WATTS-HEALY TIBBITTS A JV | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Case No. 08-261C |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: September 9, 2008 |
| *Defendant,* | * | |
| and | * | |
| | * | |
| IBC/TOA CORPORATION, | * | |
| | * | |
| *Defendant-Intervenor.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the hearing held on September 9, 2008, and for the reasons set forth on the record, the Court hereby immediately **LIFTS** the Injunction imposed on July 18, 2008 and modified on July 21, 2008. A formal opinion will be forthcoming.

The Court further schedules a telephone status conference to be held on September 18, 2008 at 11:00 a.m. EDT to discuss any remaining issues in this litigation.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE